**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 9:23-cv-81239-AMC**

HOWARD COHAN,

    Plaintiff,

v.

TJ WELLINGTON COMMONS LLC
a Florida Limited Liability Company
d/b/a TOOJAY'S DELI,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, TJ Wellington Commons LLC d/b/a TooJay's Deli ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement.  The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 21st day of September, 2023.

| | |
|---|---|
| **SCONZO LAW OFFICE, P.A.**<br>*Counsel for Plaintiff*<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, Florida 33410<br>Telephone: (561) 729-0940<br>Facsimile: (561) 491-9459<br><br>By: */s/ Gregory S. Sconzo*<br>    Gregory S. Sconzo, FBN 0105553<br>    Greg@sconzolawoffice.com | **GRAYROBINSON, P.A.**<br>*Counsel for Defendant*<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6887<br><br>By: */s/ Anastasia Protopapadakis*<br>    Anastasia Protopapadakis, FBN 0966878<br>    Anastasia.Protopapadakis@Gray-Robinson.com |