UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81239-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**TJ WELLINGTON COMMONS LLC**,

    Defendant.

_____/

**ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 9], filed on October 13, 2023. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective October 13, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 9]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of October 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record